Fill in this information to identify the case:

Debtor 1: Carla D. Patterson

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Western District of Kentucky (State)

Case number: 16-33334-jal

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust

Court claim no. (if known): 3-1

Last 4 digits of any number you use to identify the debtor's account: 5 6 9 5

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | 8/17/2020, 9/17/2020, 10/17/2020, 11/17/2020, 12/17/2020, 1/17/2021 | (1) | $ 221.64 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | Transfer Fee | (3) | $ 250.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:____ | | (10) | $ |
| 11. Other. Specify:____ | | (11) | $ |
| 12. Other. Specify:____ | | (12) | $ |
| 13. Other. Specify:____ | | (13) | $ |
| 14. Other. Specify:____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

Debtor 1  Carla D. Patterson
 First Name   Middle Name   Last Name

Case number (*if known*) 16-33334-jal

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons
Signature

Date 01 / 22 / 2021

Print: Molly Slutsky Simons
 First Name   Middle Name   Last Name

Title Attorney for Creditor

Company Sottile & Barile, Attorneys at Law

Address 394 Wards Corner Road, Suite 180
 Number   Street
Loveland, OH 45140
 City   State   ZIP Code

Contact phone ( 513 ) 444 – 4100

Email bankruptcy@sottileandbarile.com

SN Servicing Corporation

## Loan History - General

Loanid: ▮▮▮▮    Borrower: JANICE A RAISOR    Telephone ▮▮▮▮

| Effective Date | Transaction Date | Due Date | Transaction Description | Batch Desc | Sub Code | Batch Id | Trans. Amt | Principal Amount | Principal Balance | Arrearage / Forbearance Prin | Interest Amount | Unapplied Amount | Unapplied Balance | Escrow Amount | Escrow Balance | Late Charge Amt | Late Charge Balance | Assistance Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/16/2020 | 5/16/2020 | 7/1/2019 | New Loan | | 0 | 0 | $.00 | $76,462.84 | $76,462.84 | $0.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 5/19/2020 | 5/19/2020 | 7/1/2019 | Escrow Adjustment | | 0 | 0 | ($3,148.67) | $.00 | $76,462.84 | $0.00 | $.00 | $.00 | $.00 | ($3,148.67) | ($3,148.67) | $.00 | $.00 | $.00 |
| 5/19/2020 | 5/19/2020 | 7/1/2019 | Prior Serv Corp Adv Assessment | | 96 | 0 | ($3,069.58) | $.00 | $76,462.84 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($3,148.67) | $.00 | $.00 | $.00 |
| 5/20/2020 | 5/20/2020 | 7/1/2019 | Unapplied Payment | 3000-47-PA | 0 | 72405 | $1,197.57 | $.00 | $76,462.84 | $0.00 | $.00 | $1,197.57 | $1,197.57 | $.00 | ($3,148.67) | $.00 | $.00 | $.00 |
| 5/16/2020 | 5/20/2020 | 7/1/2019 | Unapplied Payment | 3000-47-PA | 0 | 72409 | $612.78 | $.00 | $76,462.84 | $0.00 | $.00 | $612.78 | $1,810.35 | $.00 | ($3,148.67) | $.00 | $.00 | $.00 |
| 5/20/2020 | 5/21/2020 | 7/1/2019 | Unapplied Payment Reversal | 45-BK-AA | 0 | 72571 | ($1,810.35) | $.00 | $76,462.84 | $0.00 | $.00 | ($1,810.35) | $.00 | $.00 | ($3,148.67) | $.00 | $.00 | $.00 |
| 5/20/2020 | 5/21/2020 | 7/1/2019 | Regular Payment | 45-BK-AA | 0 | 72574 | $1,197.57 | $277.42 | $76,185.42 | $0.00 | $461.33 | $.00 | $.00 | $458.82 | ($2,689.85) | $.00 | $.00 | $.00 |
| 5/20/2020 | 5/21/2020 | 8/1/2019 | Unapplied Payment | 45-BK-AA | 0 | 72574 | $612.78 | $.00 | $76,185.42 | $0.00 | $.00 | $612.78 | $612.78 | $.00 | ($2,689.85) | $.00 | $.00 | $.00 |
| 5/26/2020 | 5/26/2020 | 8/1/2019 | Prior Serv Corp Adv Waiver | | 96 | 0 | $3,069.58 | $.00 | $76,185.42 | $0.00 | $.00 | $.00 | $612.78 | $.00 | ($2,689.85) | $.00 | $.00 | $.00 |
| 5/26/2020 | 5/26/2020 | 8/1/2019 | Prior Serv Corp Adv Assessment | | 96 | 0 | ($3,069.58) | $.00 | $76,185.42 | $0.00 | $.00 | $.00 | $612.78 | $.00 | ($2,689.85) | $.00 | $.00 | $.00 |
| 6/4/2020 | 6/15/2020 | 8/1/2019 | Stipulation Unapplied Payment | 3000-47-PA | 0 | 75320 | $286.50 | $.00 | $76,185.42 | $0.00 | $.00 | $.00 | $899.28 | $.00 | ($2,689.85) | $.00 | $.00 | $.00 |
| 6/26/2020 | 6/26/2020 | 8/1/2019 | Regular Payment | 3000-41548 | 0 | 76785 | $1,197.57 | $279.10 | $75,906.32 | $0.00 | $459.65 | $.00 | $899.28 | $458.82 | ($2,231.03) | $.00 | $.00 | $.00 |
| 7/17/2020 | 7/17/2020 | 7/1/2020 | Late Charge Assessment | | 0 | 0 | ($36.94) | $.00 | $75,906.32 | $0.00 | $.00 | $.00 | $899.28 | $.00 | ($2,231.03) | ($36.94) | $36.94 | $.00 |
| 8/12/2020 | 8/12/2020 | 9/2/2020 | Homeowners Policy Disbursement | HOI | 15 | 82589 | ($2,708.11) | $.00 | $75,906.32 | $0.00 | $.00 | $.00 | $899.28 | ($2,708.11) | ($4,939.14) | $.00 | $36.94 | $.00 |
| 8/17/2020 | 8/18/2020 | 8/1/2020 | Late Charge Assessment | | 0 | 0 | ($36.94) | $.00 | $75,906.32 | $0.00 | $.00 | $.00 | $899.28 | $.00 | ($4,939.14) | ($36.94) | $73.88 | $.00 |
| 8/28/2020 | 8/31/2020 | 9/1/2019 | Stipulation Unapplied Payment Reversal | 45-PA | 0 | 84811 | ($286.50) | $.00 | $75,906.32 | $0.00 | $.00 | $.00 | $612.78 | $.00 | ($4,939.14) | $.00 | $73.88 | $.00 |
| 8/28/2020 | 8/31/2020 | 9/1/2019 | Prior Serv Corp Adv Payment | 45-PA | 96 | 84811 | $286.50 | $.00 | $75,906.32 | $0.00 | $.00 | $.00 | $612.78 | $.00 | ($4,939.14) | $.00 | $73.88 | $.00 |
| 9/10/2020 | 9/10/2020 | 9/1/2019 | Investor Loan Sale | | 0 | 85901 | $.00 | $.00 | $75,906.32 | $0.00 | $.00 | $.00 | $612.78 | $.00 | ($4,939.14) | $.00 | $73.88 | $.00 |
| 9/10/2020 | 9/10/2020 | 9/1/2019 | Inv Loan Purchase | | 0 | 85901 | $.00 | $.00 | $75,906.32 | $0.00 | $.00 | $.00 | $612.78 | $.00 | ($4,939.14) | $.00 | $73.88 | $.00 |
| 9/10/2020 | 9/10/2020 | 9/1/2019 | Regular Payment | 3000-41548 | 0 | 86127 | $1,197.57 | $280.78 | $75,625.54 | $0.00 | $457.97 | $.00 | $612.78 | $458.82 | ($4,480.32) | $.00 | $73.88 | $.00 |

*Contains Customer Private Information - handle securely.*

**Loan History - General**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/10/2020 | 9/10/2020 | 10/1/2019 | Unapplied Payment | 3000-41548 | 0 | 86127 | $2.43 | $.00 | $75,625.54 | $0.00 | $.00 | $2.43 | $615.21 | $.00 | ($4,480.32) | $.00 | $73.88 | $.00 |
| 9/8/2020 | 9/11/2020 | 10/1/2019 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 86320 | $573.00 | $.00 | $75,625.54 | $0.00 | $.00 | $.00 | $1,188.21 | $.00 | ($4,480.32) | $.00 | $73.88 | $.00 |
| 9/17/2020 | 9/17/2020 | 9/1/2020 | Late Charge Assessment | | 0 | 0 | ($36.94) | $.00 | $75,625.54 | $0.00 | $.00 | $.00 | $1,188.21 | $.00 | ($4,480.32) | ($36.94) | $110.82 | $.00 |
| 9/22/2020 | 9/22/2020 | 10/1/2019 | Legal Fee Assessment | | 1 | 0 | ($250.00) | $.00 | $75,625.54 | $0.00 | $.00 | $.00 | $1,188.21 | $.00 | ($4,480.32) | $.00 | $110.82 | $.00 |
| 10/7/2020 | 10/9/2020 | 10/1/2019 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 89788 | $286.50 | $.00 | $75,625.54 | $0.00 | $.00 | $.00 | $1,474.71 | $.00 | ($4,480.32) | $.00 | $110.82 | $.00 |
| 10/17/2020 | 10/17/2020 | 10/1/2020 | Late Charge Assessment | | 0 | 0 | ($36.94) | $.00 | $75,625.54 | $0.00 | $.00 | $.00 | $1,474.71 | $.00 | ($4,480.32) | ($36.94) | $147.76 | $.00 |
| 11/13/2020 | 11/13/2020 | 10/1/2019 | Regular Payment | 3000-41548 | 0 | 93213 | $1,197.57 | $282.48 | $75,343.06 | $0.00 | $456.27 | $.00 | $1,474.71 | $458.82 | ($4,021.50) | $.00 | $147.76 | $.00 |
| 11/13/2020 | 11/13/2020 | 11/1/2019 | Unapplied Payment | 3000-41548 | 0 | 93213 | $2.43 | $.00 | $75,343.06 | $0.00 | $.00 | $2.43 | $1,477.14 | $.00 | ($4,021.50) | $.00 | $147.76 | $.00 |
| 11/17/2020 | 11/17/2020 | 11/1/2020 | Late Charge Assessment | | 0 | 0 | ($36.94) | $.00 | $75,343.06 | $0.00 | $.00 | $.00 | $1,477.14 | $.00 | ($4,021.50) | ($36.94) | $184.70 | $.00 |
| 11/2/2020 | 11/19/2020 | 11/1/2019 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 93879 | $285.00 | $.00 | $75,343.06 | $0.00 | $.00 | $.00 | $1,762.14 | $.00 | ($4,021.50) | $.00 | $184.70 | $.00 |
| 11/19/2020 | 11/19/2020 | 12/1/2020 | County Tax Disbursement | property taxes MR 11/19 | 30 | 93849 | ($1,340.19) | $.00 | $75,343.06 | $0.00 | $.00 | $.00 | $1,762.14 | ($1,340.19) | ($5,361.69) | $.00 | $184.70 | $.00 |
| 12/17/2020 | 12/17/2020 | 12/1/2020 | Late Charge Assessment | | 0 | 0 | ($36.94) | $.00 | $75,343.06 | $0.00 | $.00 | $.00 | $1,762.14 | $.00 | ($5,361.69) | ($36.94) | $221.64 | $.00 |
| 12/8/2020 | 12/22/2020 | 11/1/2019 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 97711 | $285.00 | $.00 | $75,343.06 | $0.00 | $.00 | $.00 | $2,047.14 | $.00 | ($5,361.69) | $.00 | $221.64 | $.00 |
| 12/29/2020 | 12/29/2020 | 11/1/2019 | Prepetition Unapplied Payment Reversal | 45-BC | 0 | 98228 | ($1,197.57) | $.00 | $75,343.06 | $0.00 | $.00 | $.00 | $849.57 | $.00 | ($5,361.69) | $.00 | $221.64 | $.00 |
| 12/29/2020 | 12/29/2020 | 11/1/2019 | Regular Payment | 45-BC | 0 | 98228 | $1,197.57 | $284.18 | $75,058.88 | $0.00 | $454.57 | $.00 | $849.57 | $458.82 | ($4,902.87) | $.00 | $221.64 | $.00 |
| 1/14/2021 | 1/14/2021 | 12/1/2019 | Prepetition Unapplied Payment Reversal | 45-vs | 0 | 100227 | ($231.93) | $.00 | $75,058.88 | $0.00 | $.00 | $.00 | $617.64 | $.00 | ($4,902.87) | $.00 | $221.64 | $.00 |
| 1/14/2021 | 1/14/2021 | 12/1/2019 | Prior Serv Corp Adv Payment | 45-vs | 96 | 100227 | $231.93 | $.00 | $75,058.88 | $0.00 | $.00 | $.00 | $617.64 | $.00 | ($4,902.87) | $.00 | $221.64 | $.00 |
| 1/17/2021 | 1/19/2021 | 1/1/2021 | Late Charge Assessment | | 0 | 0 | ($36.94) | $.00 | $75,058.88 | $0.00 | $.00 | $.00 | $617.64 | $.00 | ($4,902.87) | ($36.94) | $258.58 | $.00 |
| | | | | Totals: | | | ($3,651.21) | $77,866.80 | | | $2,289.79 | $617.64 | | ($4,902.87) | | ($258.58) | | $.00 |

*Contains Customer Private Information - handle securely.*

**Sottile & Barile, LLC**
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com

# SOTTILE & BARILE
## ATTORNEYS AT LAW

# INVOICE

**BILL TO**
SN Servicing Corporation
323 Fifth Street
Eureka, CA  95501

**INVOICE #** ▮
**DATE** 08/25/2020

**S&B FILE NUMBER**
▮

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Patterson, Carla ▮ Transfer Fee - Recoverable | 1 | 250.00 | 250.00 |

BALANCE DUE **$250.00**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 16-3334-jal |
| Carla D. Patterson | Chapter 13 |
| Debtor. | Judge Joan A. Lloyd |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on January 22, 2021.

**By Notice of Electronic Filing to:**

    Tracy Hirsch, Debtor's Counsel
    thirsch.bkatty@gmail.com

    William W. Lawrence, Trustee
    ecf@louchapter13.com

    Office of the U.S. Trustee
    ustpregion08.lo.ecf@usdoj.gov

**By United States mail to:**

    Carla D. Patterson, Debtor
    246 Derby Ave.
    Louisville, KY 40218

                                              Respectfully Submitted,

                                              /s/ Molly Slutsky Simons
                                              Molly Slutsky Simons (97962)
                                              Sottile & Barile, Attorneys at Law
                                              394 Wards Corner Road, Suite 180
                                              Loveland, OH 45140
                                              Phone: 513.444.4100
                                              Email: bankruptcy@sottileandbarile.com
                                              Attorney for Creditor